UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 17-3082-FMO | Date | July 13, 2017 |
| Title | In Re: Amber Hotel Corporation | | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal for Lack of Prosecution

Counsel for appellee is ordered to show cause, in writing, by not later than **July 28, 2017**, why this case should not be dismissed for lack of prosecution for failure to:

☐ Pay the filing fee pursuant to 28 U.S.C. § 1930.

☐ File the statement of issues pursuant to Fed. R. Bankr. P. 8010.

☐ File the designation of record pursuant to Fed. R. Bankr. P. 8010.

☐ File a transcript order notice, which is required whether or not appellant wishes to include a transcript in the record pursuant to Fed. R. Bankr. P. 8010, Fed. R. App. P. 10(b)(1) and 9th Cir. R. 10-3.

☐ File the transcript(s) pursuant to Fed. R. Bankr. P. 8010.

☐ Complete the record pursuant to Fed. R. Bankr. P. 8010.

■ File an opening brief or request an extension of time to do so pursuant to Fed. R. Bankr. P. 8011 and 8018.

☐ Other: _____

| | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |