JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE AMBER HOTEL CORP., | Case No. CV 17-3082 FMO |
| Reorganized Debtor, | |
| | **JUDGMENT** |
| AMBER HOTEL CORP., et al., | |
| Appellants, | |
| v. | |
| JAMES J. LITTLE, | |
| Appellee. | |

IT IS ADJUDGED THAT the bankruptcy court's decision is **affirmed**.

Dated this 30th day of October, 2017.

/s/
Fernando M. Olguin
United States District Judge